No. 94. STATE OF LOUISIANA EX REL. CONSUMERS BISCUIT COMPANY *v.* ANDREW J. McSHANE, MAYOR OF THE CITY OF NEW ORLEANS, ET AL. Error to the Supreme Court of the State of Louisiana. Submitted October 20, 1924. Decided November 17, 1924. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light*

*Co* v. *Graham*, 253 U. S. 193, 195. *Mr. E. J. Bowers* and *Mr. Paul W. Maloney* for plaintiff in error. *Mr. Ivy G. Kittredge* and *Mr. W. Catesby Jones* for defendants in error.